**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HOWMET AEROSPACE INC.,<br>*Plaintiff,*<br>v.<br>ACCURIDE CORPORATION,<br>*Defendant.* | Civil Action No. __________ |

## PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Howmet Aerospace Inc. (hereinafter "Howmet") brings this Complaint for patent infringement against Defendant Accuride Corporation (hereinafter "Accuride") and alleges as follows:

## THE PARTIES

1. Howmet is a Delaware corporation, having its principal place of business at 201 Isabella St, Ste 200, Pittsburgh, Pennsylvania 15212.

2. On information and belief, Accuride is a Delaware corporation having its principal place of business at 38777 Six Mile Road, Suite 410, Livonia, Michigan 48152.

## JURISDICTION AND VENUE

3. This action arises under the patent laws of the United States, Title 35 of the United States Code. Accordingly, this Court has exclusive subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a).

4. This Court has personal jurisdiction over Accuride because Accuride is a corporation organized and existing under the laws of the State of Delaware, and Accuride is registered to do business as a domestic corporation in Delaware (File Number 2107517).

5. On information and belief, Accuride knows and intends that the Accused Product will be distributed and sold in the State of Delaware and will thereby displace sales by Howmet, causing injury to Plaintiff.

6. Venue is proper in this district under 28 U.S.C. § 1400(b) because Accuride is a corporation organized and existing under the laws of Delaware, resides in Delaware for purposes of venue under 28 U.S.C. § 1400(b), and has committed acts of infringement in Delaware.

## THE ASSERTED PATENT

7. Howmet has been a technology leader in engineered metal products for many years, and has been awarded many patents, including U.S. Patent No. 11,738,595 (hereinafter the "'595 patent" or the "Asserted Patent").

8. The '595 patent is titled "Vehicle Wheels, Methods of Making Vehicle Wheels, and Dual Wheel Assemblies" and was duly and legally issued by the United States Patent and Trademark Office (hereinafter "USPTO") on August 29, 2023. Howmet is the owner and assignee of all substantial rights in the '595 patent, a copy of which is attached as Exhibit A.

## FACTUAL BACKGROUND

9. Given that medium-duty and heavy-duty vehicles can carry loads in excess of 10 tons, the wheels on those vehicles are designed to support and efficiently distribute the weight of the loads. The wheels need to comprise a sturdy enough structure to support the load carried by the vehicle while also minimizing the weight of the wheel to provide greater fuel efficiency of the overall vehicle.

10. A design for medium-duty and heavy-duty wheels includes a hub, which engages with the hub of a vehicle axle to facilitate alignment of the vehicle wheel and the vehicle axle. However, when there is too much engagement, it can cause corrosion to form at the surface of contact, which can make the vehicle wheel difficult to install, remove, and/or service.

11. Howmet invented a wheel design called the vHub™ Bore Technology that reduces the

hub-to-wheel contact area while still maintaining a sturdy enough structure to support the loads carried by medium-duty and heavy-duty vehicles.




https://www.alcoawheels.com/north-america/en/vhub/#.

12. For example, the Alcoa® 88067x 22.5” x 8.25” Wheel (shown below), includes the vHub™ Bore Technology. As a result, the hub surface adjacent to and surrounding the opening in the center of the wheel has a reduced hub-to-wheel contact area. Howmet also offers multiple other wheel products which include the vHub™ Bore Technology, including product numbers 88167x, 84U61x, 84U64x, ULT36x, and ULV39x.




*See* Ex. B, *Accuride 43644 Product Page*, https://www.accuridecorp.com/products/43644 (last visited September 22, 2026);



*See* Ex. H, Photos of Accuride Product #43644, Photo 1;



*See* Ex. H, Photos of Accuride Product #43644, Photo 2.

13. Howmet's improved hub-bore wheel design is described and claimed by the '595 patent. For example, Figure 1A (reproduced below) in the '595 patent shows an embodiment of the hub-bore wheel design.




FIG.1A

Ex. A, ’595 patent at 3.

14. Figure 1B (reproduced below) in the ’595 patent shows a cross-sectional detail view of a portion of the embodiment shown above in Figure 1A.




FIG.1B

Ex. A, '595 patent at 4.

15. Figure 1C (reproduced below) in the '595 patent shows a detail view of area A shown above in Figure 1B, which depicts an embodiment of Howmet's hub-bore wheel design.




FIG.1C

Ex. A, ’595 patent at 5.

16. On information and belief, Accuride copied Howmet’s wheels with vHub™ Bore Technology in order to compete in the business of making, offering for sale, selling, distributing, and/or importing aluminum medium-duty and heavy-duty wheels.

17. Accuride’s wheel products include the Accu-Lite® 22.5 x 8.25 38# Tubeless Aluminum Wheel with the product number 43644 (hereinafter the “Accused Product”), pictured below. The Accused Product also includes any other wheels made, sold, offered for sale or imported that have the same or similar structure as product number 43644.

| **Howmet's Wheel with vHub™ Bore:** | **Accuride's Accused Product:** |
| --- | --- |
|  |  |

*See* Ex. B; *see also* Ex. C, *Accuride 2026 Wheel Product Catalog*, https://www.accuridecorp.com/sites/default/files/resources/2026-02/ACC1.000%20Rev.%201%20Accuride%20Wheels%20Product%20Catalog.pdf, (hereinafter "Accuride Catalog" at 9).

18. Like Howmet's wheels with vHub™ Bore Technology, the hub surface adjacent to and surrounding the opening in the center of the Accused Product has a reduced hub-to-wheel contact area, which Accuride describes as a "chamfered hub design." *See* Ex. C, Accuride Catalog at 9, fn. 5. Below are close-up photos of the interior of the Accused Product which show the "chamfered hub design" (outlined in yellow) and the product number (outlined in red).



*See* Ex. H, Photos of Accuride Product #43644, Photo 3;




*See* Ex. H, Photos of Accuride Product #43644, Photo 4.

19. Accuride offered for sale the Accused Product in its 2026 Wheel Product Catalog. *See* Ex. C, Accuride Catalog at 9. As shown below, the Accuride Catalog lists the Accused Product's Part Number (43644) along with the specifications of the Accused Product, including that it "has the chamfered hub design." *See* Ex. C, Accuride Catalog at 9. The Accuride Catalog also includes a phone number that customers can use to "place an order" of the Accused Product. *See* Ex. C, Accuride Catalog at 44.

**ACCURIDE 15° TUBELESS ALUMINUM WHEELS**



**Hub-Piloted Dual-Mounting**
**Two-Piece Flange Nut**

**10-Hole, 285.75mm Bolt Circle, 220mm Bore**



| Item | Wheel Size | Part Number | Wheel Offset | Disc | Installed Valve | Approx. Wt. (lbs) | Maximum Load & Infl. (lbs) - (psi) |
|---|---|---|---|---|---|---|---|
| 1 | 19.5 x 7.50RW[(1)(2)] | 41685SP/XP | 6.25" | .800" | DV545D | 33 | 6700 - 131 |
| 2 | 19.5 x 8.25RW[(1)(2)] | 41602SP/XP | 6.63" | .825" | DV545D | 35 | 7250 - 131 |
| 3 | 22.5 x 8.25[(4)] | 40680SP/XP | 6.59" | .875" | DV545D | 50 | 7400 - 131 |
| 4 | 22.5 x 7.50 | 28844SP/XP[(6)] | 6.45" | .935" | DV545D | 55 | 7300 - 120 |
| 5 | 22.5 x 8.25[(5)] | 43644SP/XP[(6)] | 6.59" | .750" | DV545D | 38 | 7400 - 131 |
| 6 | 22.5 x 8.25 | 41644XP | 6.61" | .787" | TR554D | 44 | 7400 - 131 |
| 7 | 24.5 x 8.25 | 42362SP/XP[(6)] | 6.59" | .800" | DV545D | 50 | 7400 - 131 |
| 8 | 24.5 x 8.25 | 41362XP | 6.61" | .866" | TR555D | 56 | 7400 - 131 |

*See* Ex. C, Accuride Catalog at 9.

20. As of September 22, 2026, Accuride also offered for sale the Accused Product on its website. *See* Ex. B. Accuride's website has a product page for the Accused Product's product number (43644). *See* Ex. B. That same product page also lists the same phone number as the Accuride Catalog for customers to "place an order." *Compare* Ex. B, *with* Ex. C, Accuride Catalog at 44. As shown below, the Accuride website discusses the features and benefits of the Accused Product, and provides a detailed schematic.




Typical Wheel Shown - Dimensional Reference Only

A. Bolt Circle: **285.75**
B. Center Bore: **220.20**
C. Disc: **0.75**
D. Bolt Hole Size:
E&F. Wheel Size: **22.5 x 8.25**
G. Offset: **6.59**
G. Inset:
G. Outset:
Bolt Holes No: **10**
Hand Holes: **10**
Material: **Aluminum**

Max Load: **7400 - 131**
Measurement: **Imperial**
Mounting: **Hub-Piloted Dual-Mounting Two-Piece Flange Nut**
Mounting Option Box: **Hub-Piloted Wheels**
Recommended Valve: **DV545D Installed**
Type: **15° Tubeless Aluminum Wheel**
Weight: **38**
Special Information: **Featuring Quantum99™ Aluminum Alloy.**

Ex. B.

21. On information and belief, Defendant, including through its distributors, has and continues to offer for sale and sell the Accused Product in Delaware. *See* Ex. D, *FleetPride Heavy Duty Parts & Service Wilmington, DE*, https://www.fleetpride.com/parts/accuride-wheel-43644xp (last visited October 2, 2026); Ex. E, *FleetPride Heavy Duty Parts & Service Camden, DE*, https://www.fleetpride.com/parts/accuride-wheel-43644xp (last visited October 2, 2026).

22. As shown below, Accuride has and continues to manufacture the Accused Product in the United States. *See also* https://www.accuridecorp.com/about-accuride/facilities-and-locations. On information and belief, Accuride has also imported the Accused Product from Mexico, where it has two manufacturing facilities. https://www.accuridecorp.com/about-accuride/facilities-and-locations. On information and belief, Accuride has and continues to use the Accused Product in the United States, including by testing the Accused Product in the United States and by offering for sale and demonstrating its use to prospective customers.




*See* Ex. H, Photos of Accuride Product #43644, Photo 4.

23. On information and belief, Accuride publicly displayed, advertised, marketed, and/or offered for sale the Accused Product during the TMC Annual Meeting & Transportation Technology Exhibition in March 2026. *See* Ex. F, Jack Roberts, *Accuride Unveils ProShield XGT Aluminum Wheel Coating at TMC*, Heavy Duty Trucking (March 15, 2026) https://www.truckinginfo.com/news/accuride-unveils-proshield-xgt-aluminum-wheel-coating-at-tmc (last visited September 24, 2026); Ex. G, *ProShield XGT™: The Breakthrough Wheel Technology Fleets Have Been Waiting For*, Fleet Maintenance (April 2, 2026) https://www.fleetmaintenance.com/videos/video/55368237/proshield-xgttm-the-breakthrough-wheel-technology-fleets-have-been-waiting-for (last visited September 24, 2026).




Ex. G (screenshot of video at 04:42) (annotations added).

## **COUNT I**

(INFRINGEMENT OF U.S. PATENT NO. 11,738,595)

24. Plaintiff repeats and realleges paragraphs 1–23 as if fully set forth at length herein.

25. Accuride has and continues to directly infringe one or more claims of the ’595 patent in this judicial district and elsewhere in the United States.

26. On information and belief, Accuride makes, uses, sells, offers for sale, and/or imports into the United States the Accused Product.

27. Accuride directly infringes one or more claims of the ’595 patent under 35 U.S.C. § 271(a), literally and/or under the doctrine of equivalents, by making, using, offering for sale, selling, and/or importing the Accused Product in an infringing manner within the United States, including in manufacturing, importing, selling, offering for sale, distributing, and demonstrating the Accused Product.

28. For example, Accuride directly infringes at least claim 1 of the ’595 patent, literally and/or under the doctrine of equivalents, through its making, using, offering for sale, selling, and/or importing the Accused Product.

29. The asserted claims of the ’595 patent are valid, enforceable, and in full force and effect.

30. Claim 1 of the ’595 patent recites:

1. A vehicle wheel comprising:

a generally cylindrical first region comprising an outer surface and an inner surface;

a second region extending radially inwardly from the first region, the second region configured to mount to a vehicle axle, the second region comprising:

a first surface;

a second surface, a distance from the first surface to the second surface defining a thickness;

an opening extending from the first surface to the second surface and configured to receive at least a portion of a hub of the vehicle axle; and

a hub surface adjacent to and surrounding the opening and extending from the first surface to the second surface, the hub surface comprising a first portion and a relief portion abutting to at least one of the first surface and the second surface, wherein the relief portion surrounds the opening and extends along the hub surface for a distance of at least 25% of the thickness, wherein the first portion is configured to engage the hub of the vehicle axle.

31. As one non-limiting example of infringement, on information and belief, the Accused Product comprises a vehicle wheel including a generally cylindrical first region comprising an outer surface and an inner surface:




*See* Ex. B (red annotations added); *see also* Ex. H.

32. On information and belief, the Accused Product comprises a second region extending radially inwardly from the first region, the second region configured to mount to a vehicle axle:




*See* Ex. B (red annotations added);




*Id.*; *see also* Ex. H.

33. On information and belief, the Accused Product comprises a second region comprising a first surface and a second surface, a distance from the first surface to the second surface defining a thickness:




*See* Ex. B (red annotations added);



Typical Wheel Shown - Dimensional Reference Only

*Id.* (red annotations added); *see also* Ex. H.

34. On information and belief, the Accused Product comprises a second region comprising an opening extending from the first surface to the second surface and configured to receive at least a portion of a hub of the vehicle axle:




*See* Ex. B (red annotations added).




*Id.* (red annotations added); *see also* Ex. H.

35. On information and belief, the Accused Product comprises a second region comprising a hub surface adjacent to and surrounding the opening and extending from the first surface to the second surface, the hub surface comprising a first portion and a relief portion abutting to at least one of the first surface and the second surface:




*See* Ex. B (red annotations added).




*Id.* (red annotations added);




*See* Ex. H, Photos of Accuride Product #43644, Photo 3.

36. On information and belief, the Accused Product comprises a hub surface wherein the relief portion surrounds the opening and extends along the hub surface for a distance of at least 25% of the thickness, wherein the first portion is configured to engage the hub of the vehicle axle:




*See* Ex. H, Photos of Accuride Product #43644, Photo 3;




A. Bolt Circle: **285.75**

B. Center Bore: **220.20**

C. Disc: **0.75**

D. Bolt Hole Size:

E&F. Wheel Size: **22.5 x 8.25**

G. Offset: **6.59**

G. Inset:

G. Outset:

Bolt Holes No: **10**

Hand Holes: **10**

Material: **Aluminum**

Max Load: **7400 - 131**

*See* Ex. B;




*See* Ex. H, Photos of Accuride Product #43644, Photo 5 (displaying a thickness measurement of 0.757 inches);




*See* Ex. H, Photos of Accuride Product #43644, Photo 6 (displaying a relief portion measurement of 0.2485 inches).

37. The full extent of Accuride's infringement is not presently known to Plaintiff. On information and belief, Accuride has made, used, sold, offered for sale, and/or imported products under different names or part numbers that infringe claim 1 of the '595 patent in a similar manner. Plaintiff makes this preliminary identification of an infringing product and infringed claim without the benefit of discovery or claim construction in this action, and expressly reserves the right to augment, supplement, and/or revise its identification based on additional information obtained through discovery or otherwise.

38. Accuride has had notice of and has been aware of the '595 patent and its infringement of the '595 patent since at least the filing of this Complaint.

39. On information and belief, since at least the filing of this Complaint when Accuride was on notice of its infringement, Accuride has actively induced, under 35 U.S.C. § 271(b), its distributors and/or customers that use, sell, offer for sale, import, and/or install the Accused Product which includes all of the limitations of one or more claims of the ’595 patent, for example claim 1, to directly infringe one or more claims of the ’595 patent, for example claim 1, with knowledge, and/or with willful blindness of the fact, that the induced acts constitute infringement of the ’595 patent. Accuride’s distributors, customers, installers and/or end users have directly infringed and are directly infringing, either literally and/or under the doctrine of equivalents, the inventions claimed in the ’595 patent through their selling, offering for sale, importing, installing and/or using the Accused Product.

40. Accuride induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Product, and providing technical guides, product datasheets, demonstrations, advertisements, user manuals and other forms of support that induce its distributors, customers, and/or end users to directly infringe one or more claims of the ’595 patent, for example claim 1.

41. By continuing to make, use, sell, offer to sell, and/or import the Accused Product after Accuride first had notice of Howmet’s allegations of infringement, Accuride has indirectly infringed and continues to indirectly infringe by contributing to the infringement of one or more claims of the ’595 patent, for example claim 1, pursuant to 35 U.S.C. § 271(c). Accuride’s affirmative acts of manufacturing, selling, offering for sale, and/or importing the Accused Product, in this District and elsewhere in the United States, contribute to Accuride’s customers and end-users directly infringing claim 1 of the ’595 patent with the Accused Product. The Accused Product is not a staple article or commodity of commerce, has no substantial non-infringing uses, and is known by Accuride to be especially made and/or especially adapted for use in infringement of claim 1 of the ’595 patent.

Accuride has performed and continues to perform these affirmative acts with knowledge of the ’595 patent and with the intent, or willful blindness, that they cause the direct infringement of claim 1 of the ’595 patent.

42. On information and belief, Howmet has suffered and continues to suffer damages as a result of Accuride’s infringement of the ’595 patent in an amount to be determined at trial.

43. On information and belief, Accuride’s infringement of the ’595 patent is causing irreparable harm for which Howmet has no adequate remedy at law unless Accuride is enjoined by this Court. Under 35 U.S.C. § 283, Howmet is entitled to a permanent injunction against further infringement of the ’595 patent.

44. On information and belief, Accuride has continued with its infringement after receiving notice from Howmet, despite the objectively high likelihood that its actions constitute infringement and Accuride’s subjective knowledge of this obvious risk. As Accuride has no good faith belief that it does not infringe the ’595 patent, Accuride’s continued infringement is willful and deliberate, entitling Howmet to increased damages under 35 U.S.C. § 284 and to attorneys’ fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

## JURY DEMAND

45. Plaintiff hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

## PRAYER FOR RELIEF

46. Plaintiff respectfully requests that the Court find in its favor and against Accuride and that the Court grant Plaintiff the following relief:

a. A judgment that Accuride has directly infringed the Asserted Patent as alleged herein;

b. A judgment that Accuride has indirectly infringed the Asserted Patent as alleged herein;

c. A permanent injunction against Accuride and its affiliates, subsidiaries, assignees, employees, agents or anyone acting in privity or concert with them from infringing the Asserted Patent, including enjoining the making, having made, offering to sell, selling, using, or importing into the United States products claimed in any of the claims of the Asserted Patent; using or performing methods claimed in any of the claims of the Asserted Patent; inducing others to use and perform methods that infringe any claim of the Asserted Patent; or contributing to others using and performing methods that infringe any claim of the Asserted Patent, until the expiration of the Asserted Patent.

d. A judgment for an accounting of all damages, past and future, including lost profits, sustained by Plaintiff as a result of the acts of infringement by Accuride;

e. A judgment and order requiring Accuride to pay Plaintiff damages under 35 U.S.C. § 284, including up to treble damages as provided by 35 U.S.C. § 284, and any royalties determined to be appropriate;

f. A judgment and order requiring Accuride to pay Plaintiff pre-judgment and post-judgment interest on the damages awarded;

g. A judgment and order finding this to be an exceptional case and requiring Accuride to pay the costs of this action (including all disbursements) and attorneys' fees as provided by 35 U.S.C. § 285; and

h. Such other and further relief as the Court deems just and equitable.

**Dated:** October 9, 2026

**GREENBERG TRAURIG, LLP**

/s/ Benjamin J. Schladweiler
Benjamin J. Schladweiler (#4601)
222 Delaware Ave., Suite 1600
Wilmington, DE 19801
(302) 661-7000
schladweilerb@gtlaw.com

*Attorneys for Plaintiff Howmet Aerospace Inc.*

*Of Counsel*:

Scott Bornstein (pro hac forthcoming)
Brian Prew (pro hac forthcoming)
Jonathan Presvelis (pro hac forthcoming)
Emma Cohen (pro hac forthcoming)
One Vanderbilt Avenue
New York, NY 10017
(212) 801-9200
Scott.Bornstein@gtlaw.com
prewb@gtlaw.com
presvelisj@gtlaw.com
Emma.Cohen@gtlaw.com